UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61013-CIV-DIMITROULEAS

DAVID BUSTILLOS,

    Plaintiff,

vs.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Judgment (the "Motion") [DE 21], filed herein on July 31, 2013.   The Court has carefully considered the Motion [DE 21] and is otherwise fully advised in the premises.

The Court granted the Motion [DE 21] in an Order entered separately today.   Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 21] is hereby **GRANTED**;

2. Final Default Judgment is hereby entered in favor of Plaintiff David Bustillos and against Defendant Commercial Recovery Systems, Inc. in the amount of $1,000.00 for statutory damages, together with reasonable attorneys' fees in the amount of $2507.10, plus costs and disbursements of this action in the amount of $593.92, amounting to a total of $4,101.02.

3. The judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C. §§

    3001-3307, and Rule 69(a), Federal Rules of Civil Procedure; and

  4.  The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of August, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record